UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-CR-370 (LMP/SGE)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ANTONIO DEPRIES ARNOLD, ) <br> ) <br> Defendant. ) <br> ) | **SECOND AMENDED PRETRIAL SCHEDULING ORDER** |

This matter is before the Court upon the Defendant's Motion for Extension of Time to File Pretrial Motions (Dkt. 19) filed on November 12, 2025, and the Statement of Facts in Support (Dkt. 20) filed on November17, 2025. The Motion is unopposed by the Government.

Finding that the ends of justice served by a continuance outweigh the interest of the public and defendant in a speedy trial, **IT IS HEREBY ORDERED** that Defendant's motion to continue the pretrial motions filing date and motion hearing is **GRANTED**.

1) Defendant's pretrial motions must be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 and Local Rule 12.1(c) on or before **December 12, 2025**.

2) Counsel must electronically file a letter on or before **December 12, 2025**, if no motions will be filed and there is no need for a hearing.

3) All responses to motions, along with a Notice of Intent to Call Witnesses, must be filed by **December 29, 2025**, in accordance with Local Rule 12.1(c)(3)(A).

4) Any Responsive Notice of Intent to Call Witnesses must be filed by **January 5, 2026.**

5) The motions hearing currently scheduled for December 4, 2025, is **CANCELLED**. A motions hearing will be held on **January 8, 2026 at 10:00 a.m.**, **in Courtroom 9E, Diana E. Murphy United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415**, pursuant to Federal Rules of Criminal Procedure 12(b) and (c), if:

    a) The United States makes timely disclosures and the Defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

    b) Oral argument is requested by either party in its motion, objection or response pleadings.

6) The parties will receive the remaining dates relating to trial by separate order from the Honorable Laura M. Provinzino.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public and Defendant in a speedy trial. This finding is based on all of the files and proceedings herein, including the facts set forth in the motion and the supporting documents. Accordingly, the period of time from November 12, 2025, the prior motions deadline, through December 12, 2025, the new motions deadline, shall be excluded from the

Speedy Trial Act computations in this case.

All other instructions provided in the Pretrial Scheduling and Case Management Order (Dkt. 10) remain in full effect.

Dated:   November 17, 2025                             <u>s/Shannon G. Elkins</u>
                                                       Honorable Shannon G. Elkins
                                                       United States Magistrate Judge